UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
UNITED STATES OF AMERICA,            :
                        Plaintiff,   :      20 Cr. 121 (LGS)
       -v-                              :
                                          :      **ORDER**
MICHELLE ROLL,                     :
                        Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, with MICHELLE ROLLE's consent, her guilty plea allocution was taken before Magistrate Judge Robert W. Lehrburger on February 10, 2020;

       WHEREAS, a transcript of the allocution was made; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
           June 9, 2020

                                                      **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**